JAMES FELDER v. THE STATE.

No. 5983.   Decided November 24, 1920.

Burglary—Private Residence—Discharge of Firearms—Sufficiency of the Evidence.

Where, upon trial of burglary of a private residence by discharge of firearms, etc., the evidence was sufficient to sustain the conviction and the indictment conformed to the law, the judgment is affirmed, in the absence of bills of exception as to the rulings of the trial court.

Appeal from the District Court of Brazos.   Tried below before the Honorable W. C. Davis.

Appeal from a conviction of burglary of a private residence by the discharge of firearms, etc.; penalty, five years' imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.—Cited Walker v. State, 217 S. W. Rep., 939.

MORROW, JUDGE.—The appellant was convicted of burglary of a private residence. The entry was charged to have been accomplished by discharging firearms into a private residence with the intent to commit a felony, namely, the murder of Dewitt Davis. The evidence shows without controversy that the appellant, in the night-time, fired into the private residence of one Wilson; that Dewitt Davis was an occupant of the house, and the manner in which the shots were fired, as well as the State's evidence showing the declarations of the appellant at the time the shots were fired, were sufficient to support the jury's finding that the shots were fired with the intent to kill Davis. The appellant admitted shooting, but disclaimed any intent to kill. He claimed that his purpose was to frighten the occupants of the house. The issues were submitted to the jury in a charge to which no objections were addressed; no bills of exceptions appear complaining of the rulings of the trial court; the indictment conforms to the law; the evidence is sufficient; and the judgment must be affirmed. It is so ordered.

*Affirmed.*